ROGER L. GRANDGENETT, ESQ., NV Bar #6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: rgrandgenett@littler.com

THOMAS B. MURPHY, ESQ., (Pro Hac Approved)
JEFFREY B. HARDIE, ESQ., (Pro Hac Approved)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: 703.714.7508
Fax No.: 703.714.7410
Email: tpmurphy@hunton.com
Email: jhardie@hunton.com

Attorneys for Defendant
SUNRISE SENIOR LIVING
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ORTEGA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC., a foreign corporation dba SUNRISE OF HENDERSON, Does I-X and Roes I-X<br><br>Defendants. | Case No. 2:16-cv-01605-RFB-PAL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |

Notice is hereby given that Roger L. Grandgenett, Esq. is being substituted in and for Bruce C. Young, Esq. currently listed as a Littler Mendelson attorney representing Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC. Bruce C. Young, Esq. is no longer with this firm nor participating in this litigation. Mr. Grandgenett's current mailing address and email address are:

Roger L. Grandgenett, Esq.
Littler Mendelson
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
rgrandgenett@littler.com

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC. continues to be represented in this action by the law firms of Hunton & Williams, LLP and Littler Mendelson, P.C.

Dated: January 10, 2017

Respectfully submitted,

*[signature]*

ROGER L. GRANDGENETT, ESQ.
Littler Mendelson, P.C.
Attorneys for Defendant
SUNRISE SENIOR LIVING MANAGEMENT, INC.

IT IS SO ORDERED,

Dated: January  10 , 2017

*[signature]*

PEGGY A. LEEN
United States Magistrate Judge

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On January 10, 2017, I served the within document(s):

**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM**

[X] by serving the following parties electronically through CM/ECF:

by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

SHARON L. NELSON
NELSON LAW
5940 S. Rainbow Blvd.
Las Vegas, NV 89118

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 10, 2017, at Las Vegas, Nevada.

_____
Maribel Rodriguez

Firmwide:144868165.1 073151.1004

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.