SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
5940 S. Rainbow Blvd.
Las Vegas, NV  89118
Telephone:	(702) 247-4529
Facsimile:	(702) 737-4529
snelson@nelsonlawlv.com
Attorneys for Plaintiff
Paul Ortega

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAUL ORTEGA, an individual<br><br>                Plaintiff,<br><br>vs.<br><br>SUNRISE SENIOR LIVING MANAGEMENT, INC, a foreign corporation dba SUNRISE OF HENDERSON, Does I-X and Roes I-X<br><br>                Defendants. | Case No.:  2:16-cv-01605-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The Parties hereby stipulate and respectfully request an order dismissing the above action with prejudice.

//

//

//

Each party shall bear his/its own fees and costs.

Dated this 8th day of February 2017.          Dated this 8th day of February 2017.

/s/ Roger L. Grandgenett, II                    /s/ Sharon L. Nelson
ROGER L. GRANDGENETT, II                         SHARON L. NELSON
LITTLER MENDELSON                                NELSON LAW

Attorneys for Defendant                          Attorney for Plaintiff
SUNRISE SENIOR LIVING                            PAUL ORTEGA

Dated this 8th day of February 2017.

/s/ Thomas P. Murphy
THOMAS P. MURPHY
HUNTON & WILLIAMS LLP

Attorneys for Defendant
SUNRISE SENIOR LIVING

**ORDER**

**IT IS SO ORDERED** this   9th   day of   February  , 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge